AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Adam Lee Kaiser (AKA: N/A)
DOB: XXXXXX

*Defendant*

Case: 1:26-mj-00086
Assigned To : Harvey, G. Michael
Assign. Date : 5/12/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about/between the date(s) of March 9, 2025 and May 3 2025; March 9, 2025 and May 12, 2026; and on or about May 12, 2026 in the District of Columbia, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 2252(a)(1)(A) - Transportation of Child Pornography,
18 U.S.C. § 2252(a)(4)(B)(i) - Possession of Child Pornography,
21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii) - Possession with Intent to Distribute Methamphetamine.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Thomas Sullivan, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/12/2026

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*